of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Fred Reger, pro se.* No appearance for respondent.

No. 106. NELSON *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Charles I. Evans* for petitioner. No appearance for the United States.

No. 119. GLOVER *v.* COMPAGNIE GENERALE TRANS-ATLANTIQUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Brantly Harris* for petitioner. No appearance for respondent.

No. 130. DODGE ET AL. *v.* DODGE ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Felix Hebert* for petitioners. *Mr. George S. Fuller* for respondents.

No. 139. PELL *v.* T. J. HALL Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *James T. Pell, pro se.* No appearance for respondent.